**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Michael W. McCARRIN, Respondent.**

**No. 643 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 8, 2006, it is hereby

ORDERED that Michael W. McCarrin be and he is suspended from the Bar of this Commonwealth for a period of five years retroactive to December 28, 2000.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**William A. WALSH, Respondent.**

**No. 1139 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

May 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of May, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 8, 2006, it is hereby

ORDERED that William A. Walsh be and he is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.